# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

In re: AIG Workers Compensation   )     Case No: **14 C 2826**
Insurance Policyholder Lititgation    )
                                 )
                                 )     Judge: ROBERT W. GETTLEMAN

## ORDER

Defendants' motions to dismiss are granted.

Date:   April 27, 2015

ROBERT W. GETTLEMAN